**Electronically Filed
Supreme Court
SCWC-23-0000369
28-MAY-2026
07:50 AM
Dkt. 25 OGAC**

SCWC-23-0000369

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ALLISEN C. MATHERN,
Petitioner/Appellant-Appellant,

vs.

EDWARD D. JONES & COMPANY; CORVEL CORPORATION; AND DIRECTOR,
DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS, STATE OF HAWAIʻI,
Respondents/Appellees-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000369; CASE NO. 3CCV-22-0000157)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Souza, assigned by reason of vacancy)

Petitioner/Appellant-Appellant Allisen C. Mathern's application for writ of certiorari filed on March 30, 2026, is accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, May 28, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Kevin A.K. Souza

